■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAL McRAE, Appellant. [724 NYS2d 625] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered November 7, 1996, convicting him of

robbery in the first degree (two counts), robbery in the second degree (two counts), and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination must be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). O'Brien, J. P., S. Miller, Smith and Crane, JJ., concur.